# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 20-5743(KM)(ESK)<br><br><br><br>**STIPULATION** |

IT IS HEREBY STIPULATED by and among the parties that

1. Plaintiff's claims against Defendant the Hartford Financial Services Group only are dismissed without prejudice, subject to reinstatement at a later time.

2. If Plaintiff reinstates a claim against Hartford Financial Services Group, any potential defense under the time limitation set forth in Section E, Paragraph 4(b) of the Special Property Coverage Form of the underlying policy will be based on a time period of 2 years and 6 months, instead of the stated 2 year-period.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO<br>Attorneys for Plaintiff | STEPTOE & JOHNSON<br>Attorneys for Defendants |
| By: /s/ James E. Cecchi<br>    JAMES E. CECCHI | By: /s/ James L. Brochin<br>    JAMES L. BROCHIN |

SO ORDERED this _____ day of July, 2020

_____
KEVIN McNULTY, U.S.D.J.