| | |
|---|---|
| Alan E. Schoenfeld | James L. Brochin |
| Ryan M. Chabot | STEPTOE & JOHNSON LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 1114 Avenue of the Americas |
| 7 World Trade Center | New York, New York 10036 |
| 250 Greenwich Street | Phone: (212) 378-7503 |
| New York, NY 10007 | Fax: (212) 506-3950 |
| Tel. (212) 230-8800 | jbrochin@steptoe.com |
| Fax: (212) 230-8888 | |
| alan.schoenfeld@wilmerhale.com | Sarah D. Gordon (*pro hac vice pending*) |
| ryan.chabot@wilmerhale.com | Anna M. Stressenger (*pro hac vice pending*) |
| | STEPTOE & JOHNSON LLP |
| | 1330 Connecticut Avenue NW |
| | Washington, DC 20036 |
| | Phone: (202) 429-8005 |
| | Fax: (202) 429-3902 |
| | sgordon@steptoe.com |

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br>-v-<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:20-cv-05743-KM-ESK<br><br>Motion Day: August 17, 2020<br><br>**Oral Argument Requested** |

**NOTICE OF DEFENDANT TWIN CITY'S MOTION TO DISMISS NATIONWIDE CLASS ACTION CLAIMS**

PLEASE TAKE NOTICE that on Monday, August 17, 2020, or as soon thereafter as counsel may be heard, defendant Twin City Fire Insurance Company by and through their counsel will move this Court for an order dismissing Plaintiff's nationwide class action claims pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(2) and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that defendant Twin City Fire Insurance Company will rely on the accompanying Memorandum Of Law In Support Of Defendant Twin City's Motion To Dismiss Nationwide Class Action Claims.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order will also be filed.

PLEASE TAKE FURTHER NOTICE that defendant Twin City Fire Insurance Company requests oral argument.

Dated: July 14, 2020

                                              Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Ryan M. Chabot
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

STEPTOE & JOHNSON LLP

James L. Brochin
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 378-7503
Fax: (212) 506-3950
jbrochin@steptoe.com

Sarah D. Gordon (*pro hac vice pending*)
Anna M. Stressenger (*pro hac vice pending*)
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-8005
Fax: (202) 429-3902
sgordon@steptoe.com

*Attorneys for Defendant*