Alan E. Schoenfeld
Ryan M. Chabot
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com

James L. Brochin
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 378-7503
Fax: (212) 506-3950
jbrochin@steptoe.com

Sarah D. Gordon (*admitted pro hac vice*)
Anna M. Stressenger (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-8005
Fax: (202) 429-3902
sgordon@steptoe.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated, | Case No. 2:20-cv-05743-KM-ESK |
| Plaintiff, | **Oral Argument Requested** |
| -v- | |
| TWIN CITY FIRE INSURANCE COMPANY, | Motion Day: September 8, 2020 |
| Defendant. | |

## NOTICE OF DEFENDANT TWIN CITY'S MOTION TO DISMISS
## NATIONWIDE CLASS ACTION CLAIMS

PLEASE TAKE NOTICE that on Tuesday, September 8, 2020, or as soon thereafter as counsel may be heard, defendant Twin City Fire Insurance Company by and through its counsel will move this Court for an order dismissing Plaintiff's nationwide class action claims pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(2) and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that defendant Twin City Fire Insurance Company will rely on the accompanying Memorandum Of Law In Support Of Defendant Twin City's Motion To Dismiss Nationwide Class Action Claims.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order will also be filed.

PLEASE TAKE FURTHER NOTICE that defendant Twin City Fire Insurance Company requests oral argument.

Dated: August 10, 2020

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Ryan M. Chabot
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

STEPTOE & JOHNSON LLP

James L. Brochin
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 378-7503
Fax: (212) 506-3950
jbrochin@steptoe.com

Sarah D. Gordon (*admitted pro hac vice*)
Anna M. Stressenger (*admitted pro hac vice*)
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-8005
Fax: (202) 429-3902
sgordon@steptoe.com

*Attorneys for Defendant*