# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>-v-<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:20-cv-05743-KM-ESK<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that on September 8, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant Twin City Fire Insurance Company, by its undersigned counsel, shall move before the Honorable Kevin McNulty, U.S.D.J., at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order dismissing the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, defendant shall rely on the brief filed herewith and accompanying exhibits.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is filed herewith.

s/ James L. Brochin

James L. Brochin
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 378-7503
Fax: (212) 506-3950
jbrochin@steptoe.com

Sarah D. Gordon
Anna Stressenger
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
sgordon@steptoe.com
*Admitted Pro Hac Vice*


Alan E. Schoenfeld
Ryan M. Chabot
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
ryan.chabot@wilmerhale.com

*Attorneys for Defendant Twin City Fire Insurance Company*

Dated:  August 10, 2020

CERTIFICATION OF SERVICE

I, James L. Brochin, certify that a copy of this Notice of Motion was served electronically by CM/ECF on August 10, 2020 upon:

>James E. Cecchi
>Carella, Byrne, Cecchi, Brody & Angello
>5 Becker Farm Rd.
>Roseland, NJ 07068
>Phone: (973) 994-1700
>Fax: (973) 994-1744
>jcecchi@carellabyrne.com
>
>Christopher A. Seeger
>Seeger Weiss LLP
>55 Challenger Road
>6th Floor
>Ridgefield Park, NJ 07660
>Phone: (973) 639-9100
>Fax: (973) 639-9393
>cseeger@seegerweiss.com

>s/ James L. Brochin
>James L. Brochin