# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated,**

    **Plaintiff,**

    **v.**

**TWIN CITY FIRE INSURANCE COMPANY,**

    **Defendant.**

Civ. No. 20-05743 (KM) (ESK)

**ORDER**

    **THIS MATTER** having come before the Court on the motions (DE 27, 28) of Defendant to dismiss the Complaint for failure to state a claim, for lack of subject-matter jurisdiction, and for lack of personal jurisdiction, pursuant to Fed. R. Civ P. 12(b)(6), (1), (2); and the Court having considered the submissions of the parties (DE 27, 28, 34–40, 47, 48, 50–52, 55, 56) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

    **IT IS** this 8th day of February 2021,

    **ORDERED** that the motions to dismiss (DE 27, 28) are **GRANTED**.

    Because amendment would be futile, the dismissal is entered with prejudice.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**